FILED
CLERK, U.S. DISTRICT COURT
JUN 10 ...
CENTRAL DISTRICT OF CALIFORNIA
BY / DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DWIGHT SERGE KRIZMAN,<br><br>    Petitioner,<br><br>    v.<br><br>BOB HOREL, Warden,<br><br>    Respondent. | No. CV 06-5064-ODW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 6-6-08

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE