FILED
CLERK, U.S. DISTRICT COURT

JUN 10

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DWIGHT SERGE KRIZMAN, | No. CV 06-5064-ODW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| BOB HOREL, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/6/2008

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE